United States District Court
Southern District of Texas
**ENTERED**
March 06, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MANUEL CASTILLO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:16-CV-00504 |
| § | |
| TEXAS BOARD OF PARDON AND § | |
| PAROLES, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of Defendants' August 9, 2017, motion for summary judgment, Dkt. No. 18; the October 5, 2017, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 19; the December 1, 2017, amendment to the M&R, Dkt. No. 23;[1] and Plaintiff's December 20, 2017, objection to the M&R and its amendment, Dkt. No. 25.

The Court reviews objected-to portions of a Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). Plaintiff's objection is frivolous, conclusory, general, or contains no argument that the M&R has not already considered. *See* Dkt. Nos. 19, 25; *Battle v. United States Parole Comm'n*, 834 F.2d 419 (5th Cir. 1987) (determining that a district court need not consider frivolous, conclusive, or general objections). After independently reviewing the record and considering the applicable law, the Court adopts the proposed M&R and its amendment in their entirety. Dkt. Nos. 19, 23. Thus, the Court **OVERRULES** Plaintiff's objection. Dkt. No. 25.

The Court hereby:

- **GRANTS** Defendants' motion for summary judgment, Dkt. No. 18; and

---

[1] The amendment alters the October 5, 2016, M&R only to reflect that Plaintiff timely filed a response to Defendant's motion for summary judgment. Dkt. No. 23 at 4. However, the Magistrate Judge found that "Plaintiff presents nothing in his response to cause the undersigned to change any other part of the October 5, 2017 M&R's findings conclusions, and recommendation." *Id.*

- **DISMISSES WITH PREJUDICE** this action.

The Court will order entry of final judgment separately.

SIGNED this 5th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge